*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00452-CR

## IN RE Jason MIEARS

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
               Phylis J. Speedlin, Justice
               Steven C. Hilbig, Justice

Delivered and Filed: June 23, 2010

PETITIONS FOR WRIT OF MANDAMUS AND WRIT OF PROHIBITION DENIED

On June 7, 2010, relator Jason Miears filed (1) thirty-nine petitions for writ of mandamus, (2) one petition for writ of prohibition, and (3) an emergency motion to stay all trial court proceedings. The court has considered relator's petitions and motion and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petitions and emergency motion to stay are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2009-CR-6566, styled *State of Texas v. Jason Miears*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.